IN THE UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:12 CV 174

| | |
|---|---|
| TERRY LEE McENTYRE, ) | |
| ) | |
| Plaintiff ) | |
| ) | ORDER OF RECUSAL |
| v ) | |
| ) | |
| C. PHILIP GINN, GERALD W. WILSON, ) | |
| and DONALD STREET, ) | |
| ) | |
| Defendants. ) | |

**THIS MATTER** is before the court upon review of the Complaint (1) filed in this matter. After careful review of the Complaint, the undersigned has discovered a conflict which requires recusal. The undersigned will instruct the Clerk of this Court to assign another magistrate judge to this case.

**ORDER**

**IT IS, THEREFORE, ORDERED** that the undersigned respectfully **RECUSES** himself in this case, and instructs the Clerk of Court to refer this matter to another magistrate judge as soon as possible.

Signed: July 19, 2012

Dennis L. Howell
United States Magistrate Judge