# United States District Court
# For The Western District of North Carolina
# Asheville Division

TERRY LEE McENTYRE,

    Plaintiff,                          JUDGMENT IN A CIVIL CASE

vs.                                        1:12-cv-174-MR-DSC

C. PHILIP GINN, et al.,

    Defendant.

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 11/14/2012 Order.

                                            Signed: November 20, 2012

                                            Frank G. Johns, Clerk
                                            United States District Court